

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. WR-89,935-04, WR-89,935-05 AND WR-89,935-06

### IN RE ANDREW PETE, Relator

### ON APPLICATIONS FOR WRITS OF MANDAMUS
### CAUSE NOS. W12-33559-V(A), W12-33560-V(A) AND W12-33561-V(A)
### IN THE 292ND DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Relator has filed motion for leave to file three applications for writs of mandamus pursuant to the original jurisdiction of this Court. In them, he raises various claims regarding his pending applications for writs of habeas corpus, the transcripts of his trial, and his trial attorneys' files. Relator is not entitled to findings of fact from the trial court with regard to his habeas applications, nor is he entitled to free copies of his trial transcripts. However, Relator does allege that he has been trying to obtain copies of his files from his attorney at guilt/ innocence and his attorney at punishment, to no avail. This Court has consistently held that a client owns the contents of his or her file. *In re McCann*, 422 S.W.3d 701, 705 (Tex. Crim. App. 2013). Relator alleges that he filed

a "Motion to Compel Defense Counsels to Surrender the Case File to Applicant for Case Nos. F1233559, F1233560, F1233561" in the trial court on April 8, 2019, but that the trial court has not ruled on that motion.

Respondent, the Judge of the 292nd District Court of Dallas County, shall file a response with this Court stating whether or not Relator's motion has been received and ruled on, and whether or not Relator's trial attorneys have provided Relator with copies of his client files in these three cases. Respondent's answer shall be submitted within 30 days of the date of this order. These applications for leave to file writs of mandamus will be held in abeyance until Respondent has submitted the appropriate response.


Filed: July 3, 2019
Do not publish